DIME SAVINGS BANK OF BROOKLYN, Appellant, *v.* BECKEY ALTMAN, Respondent, Impleaded with Others.

Submitted September 27, 1937; decided October 5, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 62.)

SYRIL LIEDEKER et al., Appellants, *v.* SEARS, ROEBUCK & CO., INC., Respondent, Impleaded with Another.

Submitted September 27, 1937; decided October 5, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 274 N. Y. 631.)

ELIZABETH F. VILKOMERSON, Appellant, *v.* TRI-STATE INVESTORS CORPORATION et al., Respondents.

Submitted September 27, 1937; decided October 5, 1937.

*Samuel Meyers* for motion.
*Robert H. Elder* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless undertaking is filed and served before November 15, 1937, in which event the motion is denied.